Opinion issued December 21, 2006









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-06-00291-CV

____________


RPSI, INC. SUCCESSOR IN INTEREST TO RETRIEVER SALES, INC.,
Appellant


V.


FIRST DISTRICT DENTAL SOCIETY OF THE STATE OF NEW YORK
D/B/A NEW YORK COUNTY DENTAL SOCIETY, NEW YORK COUNTY
DENTAL MARKETPLACE, INC. F/K/A FIRST MADISON CORP. AND
AMERICAN CREDIT CARD PROCESSING CORPORATION, Appellees






On Appeal from the 80th District Court

Harris County, Texas

Trial Court Cause No. 2005-1753






MEMORANDUM OPINION

 Appellant has filed an unopposed motion to dismiss its appeal. No opinion has
issued. Accordingly, the motion is granted, and the appeal is dismissed. Tex. R.
App. P. 42.1(a)(1).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Justices Taft, Keyes, and Hanks.